IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARGARET BROCK, et al.<br>v.<br>DANETTE THOMAS, ET AL. | :<br>:<br>: | CIVIL ACTION<br><br>NO. 10-687 - **LEAD CASE** |
| WILLIAM NOLDE<br>v.<br>SILVER BUCKMAN, et al. | :<br>:<br>: | CIVIL ACTION<br><br>NO. 10-3128 |
| EDWARD A. HARPER<br>v.<br>SILVER BUCKMAN, et al. | :<br>:<br>: | CIVIL ACTION<br><br>NO. 10-5624 |

**ORDER**

**AND NOW**, this 8th day of April, 2011, it having been reported that the issues between **Edward Harper and Sovereign Bank, Access Abstract, Juan Escobar and Diane Wright,** have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that this action is DISMISSED with prejudice, pursuant to agreement of counsel without costs , as to the above named parties only.

ATTEST:
BY: Carol James (signature) or BY THE COURT:

Carol D. James, Deputy Clerk PAUL S. DIAMOND

Civ 12 (7/95)
41(b)pty.frm